

ASHER LOWENSTEIN   1019 Broadway, Suite 209 · Woodmere, New York 11598   (516) 619 6534 · asher@lowensteinlegal.com

August 10, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Gubin v. Burke, et al.*, **No. 26-cv-03845 (JAM)**

Plaintiff's Letter Motion to Adjourn the August 18, 2026 Initial Conference and to Extend the August 13, 2026 Deadline to File the Proposed Discovery Plan and Scheduling Order

Dear Judge Marutollo:

This firm represents Plaintiff Sholem Gubin ("Plaintiff") in the above-referenced action. Pursuant to Your Honor's Individual Practices and Rules, Plaintiff respectfully moves to adjourn the initial conference currently scheduled for August 18, 2026 at 4:30 p.m., and to extend the corresponding August 13, 2026 deadline to file the proposed Discovery Plan and Scheduling Order (ECF No. 5). As set forth below, no Defendant has yet been served with process or appeared in this action. As a result, there is no adversary with whom Plaintiff can confer under Rule 26(f) of the Federal Rules of Civil Procedure, and Plaintiff is unable to prepare or file the joint proposed Discovery Plan and Scheduling Order the Court has directed the parties to submit.

Plaintiff addresses each of the items required by Your Honor's Individual Practices and Rules in turn.

**1.    Original Dates and Proposed New Dates.** The initial conference is currently scheduled for August 18, 2026 at 4:30 p.m. The proposed Discovery Plan and Scheduling Order is currently due to be filed on ECF no later than August 13, 2026. Plaintiff respectfully requests that the conference be adjourned approximately sixty days, to a date on or after October 19, 2026, and that the deadline to file the proposed Discovery Plan and Scheduling Order be extended to three business days before the adjourned conference date. In the alternative, Plaintiff respectfully requests that the Court adjourn the conference without setting a date and direct Plaintiff to file a status letter within fourteen days after the last Defendant appears.

**2.    Reasons for the Requested Adjournment and Extension.** Plaintiff filed the Complaint on June 25, 2026. On June 29, 2026, Plaintiff sent each Defendant a notice and request to waive

service of summons pursuant to Rule 4(d), together with the materials Rule 4(d)(1) requires. No Defendant returned an executed waiver. Plaintiff has proceeded with formal service under Rule 4 and presently anticipates that service will be completed on or about September 1, 2026, although the timing depends on Defendants' availability and accessibility and may require additional time.

Because no Defendant has been served or appeared, the conference and the accompanying submission cannot proceed as contemplated. Plaintiff is diligently pursuing service and does not seek any extension of the 90-day period under Rule 4(m). This request to adjourn the conference is not intended to, and does not, extend that period.

**3.    Prior Requests.** This is Plaintiff's first request to adjourn the initial conference and extend the deadline to file the proposed Discovery Plan and Scheduling Order.

**4.    Position of the Adversary.** Plaintiff is unable to state whether any Defendant consents. No Defendant has been served with process, no Defendant has appeared in this action, and no counsel has appeared on behalf of any Defendant.

**5.    Effect on Other Scheduled Dates.** The requested adjournment and extension affect no other scheduled date. The August 18, 2026 conference and the August 13, 2026 filing deadline are the only dates presently on the calendar in this action.

For the foregoing reasons, Plaintiff respectfully requests that the Court adjourn the August 18, 2026 initial conference to a date on or after October 19, 2026 that is convenient to the Court, and extend the deadline to file the proposed Discovery Plan and Scheduling Order to three business days before the adjourned conference date. Plaintiff is of course prepared to appear on August 18, 2026 and to report on the status of service should the Court prefer to proceed.

Dated: August 10, 2026
Woodmere, New York

**LOWENSTEIN LEGAL PLLC**

By:   /s/ Asher T. Lowenstein

Asher T. Lowenstein
1019 Broadway, Suite 209
Woodmere, NY 11598
asher@lowensteinlegal.com

*Attorney for Plaintiff*

cc:  All counsel of record (via ECF)