AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

SHOLEM GUBIN
*Plaintiff*
v.
BEVERLY BURKE et al
*Defendant*

Case No. 1:26-cv-03845-JAM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Beverly Burke Individally & as trustee of the Arleen T. Gubin Family Trust, Moishe Gubin, Gubin Enterprise .

Date: 08/17/2026

s/Avram Turkel
*Attorney's signature*

Avram S. Turkel, Esq. AT8888
*Printed name and bar number*

Ballon Stoll P.C.
1675 Broadway, 14th Fl.
New York, NY 10019
*Address*

aturkel@ballonstoll.com
*E-mail address*

(212) 575-7900
*Telephone number*

(212) 764-5060
*FAX number*