August 31, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Gubin v. Burke, et al.*, No. 26-cv-03845 (JAM)**
Joint Letter Motion to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint and Plaintiff's Status Report

Dear Judge Marutollo:

The undersigned represent the parties in the above-referenced action. Pursuant to the Court's August 10, 2026 Docket Order directing Plaintiff to file a status report by August 31, 2026, and pursuant to Your Honor's Individual Practices and Rules, the parties jointly and respectfully move to extend Defendants' time to answer, move, or otherwise respond to the Complaint to and including October 30, 2026. Defendants were served with the Summons and Complaint and have appeared through the undersigned counsel. The parties seek the requested extension so that the trustee may complete the wind-up of the Arleen T. Gubin Family Trust and so that the parties may engage in settlement discussions before incurring the expense of a responsive pleading and motion practice.

The parties address each of the items required by Your Honor's Individual Practices and Rules in turn.

**1. Original Dates and Proposed New Date.** Defendants Moishe Gubin and Gubin Enterprises LP (collectively, the "Gubin Defendants") received service of process on August 12, 2026. Defendant Beverly Burke received service of process on August 18, 2026. Accordingly, Defendants' time to answer, move, or otherwise respond to the Complaint currently expires on September 2, 2026 for the Gubin Defendants and on September 8, 2026 for Ms. Burke. The parties respectfully request that the deadline be extended to and including October 30, 2026. No other date is proposed to be changed. Defendants accept service of the Summons and Complaint and do not contest service.

**2. Reasons for the Requested Extension.** Defendants have retained counsel, who has appeared in this action and who joins in this motion. The claims in this action arise out of the administration of the Arleen T. Gubin Family Trust. The trustee is presently completing the wind-up of the trust. The parties believe that the completion of that process, and the information it will generate, may materially narrow the issues in dispute, and the parties have agreed to use

the intervening period both to complete the wind-up and to engage in settlement discussions that may resolve this action in whole or in part. The requested extension is sought in good faith and not for the purpose of delay.

3. **Prior Requests.** This is the first request to extend Defendants' time to respond to the Complaint, and no such request has previously been made, granted, or denied. Plaintiff previously moved, on August 10, 2026, to adjourn the initial conference then scheduled for August 18, 2026 and to extend the corresponding deadline to file the proposed Discovery Plan and Scheduling Order. The Court granted that motion by Order dated August 10, 2026, adjourned the initial conference *sine die*, and directed Plaintiff to file a status letter by August 31, 2026.

4. **Position of the Adversary.** This motion is made jointly. Plaintiff and Defendants each consent to the relief requested, and counsel for Defendants has authorized the filing of this motion on their behalf.

5. **Effect on Other Scheduled Dates.** The requested extension does not affect any date presently on the Court's calendar. No initial conference is currently scheduled. This motion also serves as the status report the Court directed Plaintiff to file by August 31, 2026.

For the foregoing reasons, the parties respectfully request that the Court extend Defendants' time to answer, move, or otherwise respond to the Complaint to and including October 30, 2026.

Dated: August 31, 2026

**BALLON STOLL P.C.**

By: /s/ Avram Solomon Turkel

Avram Solomon Turkel
1675 Broadway, 14th Floor
New York, NY 10019
(212) 575-7900
aturkel@ballonstoll.com

*Attorneys for Defendants*

**LOWENSTEIN LEGAL PLLC**

By: /s/ Asher T. Lowenstein

Asher T. Lowenstein
1019 Broadway, Suite 209
Woodmere, NY 11598
(516) 619-6534
asher@lowensteinlegal.com

*Attorney for Plaintiff*