UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

Sholem Gubin,

Plaintiff,

v.

Beverly Burke, et al.,

Defendants.

---------------------------------------------------------------- X

Docket No.
(26cv3845, J.)
(Marutollo, M.J.)

**DISCOVERY PLAN AND SCHEDULING ORDER**

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: November 16, 2026

2. No amendment of the pleadings will be permitted after: January 15, 2027

3. No additional parties may be joined after: January 15, 2027

4. Fact discovery shall be completed by: May 3, 2027

5. Plaintiff(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: January 15, 2027.

6. Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: January 15, 2027

7. All discovery, including expert discovery, shall be completed by: July 1, 2027. (*Presumptively 30 days following the final exchange of expert reports*)

8. Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes____ No X____

9. Have the parties entered into an ESI protocol? Yes____ No X____ Not Applicable____

10. Final date to take the first step in dispositive motion practice, if any: August 2, 2027. (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice. The date is presumptively 30 days after completion of expert discovery*)

11. Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? X____ Yes ____ No

12. Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? X____ Yes ____ No (*Answer "no" if any party declines to consent without indicating which party has declined*)

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| **Attorney for Plaintiff** | **Attorney for Defendant(s)** |
|---|---|
| Name:<br>Lowenstein Legal PLLC<br>Asher T. Lowenstein | Name:<br>Ballon Stoll PC<br>Avram Solomon Turkel |
| Address:<br>1019 Broadway, Suite 209<br>Woodmere, NY 11598 | Address:<br>1675 Broadway, 14th Floor<br>New York, NY 10019 |
| Telephone:<br>(516) 619-6534 | Telephone:<br>(212) 575-7900 |
| Email:<br>asher@lowensteinlegal.com | Email:<br>aturkel@ballonstoll.com |

**SO ORDERED:**

Dated: Brooklyn, New York
__________________

______________________________
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge