November 20, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Gubin v. Burke, et al.*, No. 26-cv-03845 (JAM)
**Joint Status Report**

Dear Judge Marutollo:

The undersigned represent the parties in the above-referenced action. Pursuant to the Court's October 7, 2026 Order directing the parties to file a joint status report by November 20, 2026 outlining the current status of discovery and the parties' interest in mediation or a settlement conference, the parties respectfully submit this joint status report.

1. Status of Discovery. The parties expect to serve their first sets of document requests by the end of November 2026.

2. Interest in Mediation or a Settlement Conference. The parties are open to participating in mediation, including through the Court-annexed mediation program pursuant to Local Civil Rule 83.8, or in a settlement conference before Your Honor.

The parties thank the Court for its attention to this matter.

Dated: November 20, 2026

**BALLON STOLL P.C.**

By: /s/ Avram Solomon Turkel
Avram Solomon Turkel
1675 Broadway, 14th Floor
New York, NY 10019
(212) 575-7900
aturkel@ballonstoll.com
*Attorneys for Defendants*

**LOWENSTEIN LEGAL PLLC**

By: /s/ Asher T. Lowenstein
Asher T. Lowenstein
1019 Broadway, Suite 209
Woodmere, NY 11598
(516) 619-6534
asher@lowensteinlegal.com
*Attorney for Plaintiff*